

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

February 21, 2019

Judge Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Brooklyn, NY 11201

Bankruptcy Case No: 1-16-44215-nhl
Re: Azeez-Taiwo, Ranti

Dear Judge Nancy Hershey Lord,

    Secured Creditor respectfully moves for Dennis Jose, Esq., be removed as attorney for Secured Creditor in this matter. Secured Creditor retained Gross Polowy LLC as counsel, at which time Dennis Jose, Esq. was an associate at Gross Polowy LLC. Gross Polowy LLC continues to represent Secured Creditor, however, Dennis Jose is no longer with our firm. Therefore, Secured Creditor respectfully requests that Dennis Jose, Esq. be removed as attorney for Secured Creditor in this case and Courtney Williams, Esq. be substituted as attorney for Secured Creditor in this matter.

    If you have any questions or concerns, please feel free to contact me at 716-204-1700.

    Thank you for your time and consideration in this matter.

Respectfully Submitted,

*[signature]*

Courtney Williams, Esq.
**Gross Polowy, LLC**
*Attorneys for Secured Creditor*
1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Tel.: 716-204-1700
Fax: 716-204-1702